UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
:
UNITED STATES OF AMERICA,                          :
:     **ORDER DENYING MOTION TO**
                     Plaintiff,   :     **DISMISS**
:
   -against-                                                   :     03 Crim. 1277 (AKH)
:
RODERICK GUNN,                                          :
:
                     Defendant.   :
:
----------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendant moves to dismiss his case for lack of jurisdiction, alleging that there was no valid indictment nor valid Rule 7(b) waiver of indictment in this case. In a court proceeding on October 23, 2003, however, Defendant Gunn was arraigned on the Information and indicated to the Court that he had knowingly, intelligently, and voluntarily waived his right to an indictment. *See* Order Denying Defendant's Motion to Vacate, ECF. No. 81 (quoting from the transcript of the October 23, 2003 court proceeding).

      Defendant's motion to dismiss is denied. The Clerk shall terminate the motion, ECF No. 108.

      SO ORDERED.

Dated:     October 22, 2024
             New York, New York

                                                    ALVIN K. HELLERSTEIN
                                                  United States District Judge

1