UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

RODERICK GUNN,                                      :

     Petitioner                                   :

  -against-                                        :

                                    :

UNITED STATES OF AMERICA,                           :

     Respondent.                                  :

------------------------------------------------------------- x

                                      **<u>ORDER DENYING MOTION TO DISMISS FOR LACK OF JURSIDICTION AND FRAUD UPON THE COURT</u>**

03 Cr. 1277 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

     Petitioner Gunn moves to dismiss this action for lack of jurisdiction and because of fraud. Gunn challenges his indictment and claims his plea was not heard before a judge. Gunn's motion contains substantially the same arguments from earlier motions and letters. *See* ECF Nos. 98, 108-109.

     Gunn is incorrect that Judge Pauley was not present at his proceeding on October 23, 2023. Judge Pauley presided while his Deputy asked questions of the Defendant as he entered his plea before the Court. Judge Pauley independently confirmed Gunn's competency and understanding of consequence, and that there was a factual basis for his guilty plea. *See* Transcript at 2, United States v. Gunn, No. 6 Cr. 911 (S.D.N.Y. Oct. 23, 2023); *see also* ECF No. 81 ("On October 23, 2023, *this Court* arraigned Gunn on the Information.") (emphasis added). As to Gunn's argument relating to his lack of an indictment, Gunn stated at the same hearing that he knowingly, intelligently, and voluntarily waived his right to an indictment. *See* Transcript, United States v. Gunn, No. 6 Cr. 911 (S.D.N.Y. Oct. 23, 2023).

     While I deny Gunn's underlying motion to dismiss, *see* ECF No. 113, I nevertheless grant a certificate of appealability as Gunn's motion was referenced in the Court of Appeals'

Mandate. The Clerk of Court shall mail a copy of this order to Petitioner Gunn and terminate

ECF No. 113.

SO ORDERED.

Dated:        December /Q 2025
              New York, New York

ALVIN K. HELLERSTEIN
United States District Judge