Dear Clerk:

Enclosed is a copy of my Affidavit accompanying the Motion to proceed with an appeal in Forma Pauperis. In denying my habeas motion, Judge Alvin K. Hellerstein granted a Certificate of Appealability. However, I am uncertain if I have In Forma Pauperis status to proceed with the appeal.

I respectfully request a grant of In Forma Pauperis status to proceed with the appeal in Case No. 26-71.

Sincerely,
R-Gunn
Roderick Gunn
01/23/2026

SO ORDERED.

Alvin K. Hellerstein

U.S.D.J.
2/5/2026

# UNITED STATES DISTRICT COURT

for the

SOUTHERN          DISTRICT OF NEW YORK

Roderick Gunn ,                          )
                                         )
                 Plaintiff               )
                                         )
        v.                               )
                                         )   Case No. 26-71
United States ,                          )   Crim No. 03 Cr 1277
                                         )
                 Defendant               )
                                         )

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

| Affidavit in Support of Motion | Instructions |
| --- | --- |
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: R. Gunn | Date: 1/23/2026 |

My issues on appeal are: 1. Courts lacked subject-matter jurisdiction in absence of grand jury indictment and Waiver of Indictment proceeding; 2. District court erred that concurrent sentence doctrine bars review and failed to conduct proper categorical analysis by inspecting plea records.

1.    *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

Rev 12 1.2018

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 133.00 | $ N A | $ 133.00 | $ N/A |
| Self-employment | $ 0 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 200.00 | $ | $ 200.00 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ 0 | $ |
| Unemployment payments | $ 0 | $ | $ 0 | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify): | $ 0 | $ | $ 0 | $ |
| Total monthly income: | $ 333.00 | $ | $ 333 00 | $ |

2.    *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| BOP (commissary) | FCI Mendota, P.O. Box 9 Mendota CA 93640 | Jan 2, 2025 to present | $ 133.00 |
| | | | $ |
| | | | $ |
| | | | $ |

Rev 12.1.2018

3.   *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NA | NA | NA | $ NA |
| | | | $ |
| | | | $ |

4.   *How much cash do you and your spouse have?* $ 0

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NA | NA | $ NA | $ NA |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5.   *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ 0 | (Value) $ 0 | (Value) $ 0 |
| | | Make and year: |
| | | Model: |
| | | Registration #: |

Rev. 12.1.2018

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ 0 | (Value) $ 0 | (Value) $ 0 |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | $ 0 | $ N A |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| Jordan Gunn | Son | 24 |
| Hermilyn Gunn | Mother | 77 |
| | | |

Rev. 12.1.2018

8.    *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>Are real estate taxes included?  ☐ Yes ☐ No<br>Is property insurance included?  ☐ Yes ☐ No | $ 0 | $ NA |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 300.00 | $ |
| Clothing | $ 0 | $ |
| Laundry and dry-cleaning | $ 0 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's: | $ 0 | $ |
| Life: | $ 0 | $ |
| Health: | $ 0 | $ |
| Motor vehicle: | $ 0 | $ |
| Other: | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ |
| Installment payments | | |
| Motor Vehicle: | $ 0 | $ |
| Credit card (name): | $ 0 | $ |
| Department store (name): | $ 0 | $ |
| Other: | $ 0 | $ |

Rev 12.1.2018

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ |
| Other (specify): Postage, Phone & Email Cost | $ 30·00 | $ |
| Total monthly expenses: | $ 330·00 | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☐ Yes ☒ No    If yes, describe on an attached sheet.

10. *Have you spent - or will you be spending - any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☒ No

   *If yes, how much?* $

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* I am responsible to assist my mother with her medication cost, and I am responsible for my monthly phone bill in the prison because I am not granted free minutes as some prisoners. Weekly emails as well as copying of legal materials also contribute to my monthly expenses

12. *State the city and state of your legal residence*
   Mendota CA

   *Your daytime phone number:* NA

   *Your age:* 53    *Your years of schooling:* Completed High School

Rev. 12.1.2018

Case 1:03-cr-01277-AKH   Document 120   Filed 02/05/26   Page 8 of 8

Roderick Gunn
Reg # 55254-054
FCI Mendota
P.O. Box 9
Mendota CA 93640

Criminal
Docketing

The Clerk's Office
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

SACRAMENTO CA 957

24 JAN 2026

RECEIVED
JAN 30 2026
CLERK'S OFFICE
S.D.N.Y.

RECEIVED
JAN 30 2026
S.D.N.Y.

FOREVER USA   FOREVER USA

USM
SDNY

Legal Mail

10007-133099